# UNITED STATES DISTRICT COURT

Southern District of Illinois

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Quentin C. McDONALD | |

Case No. 4:03CR40021-005-JPG

USM No. 05855-025

Judith A. Kuenneke, AFPD
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilty to violation of condition(s)    as alleged below    of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed the offense of Unlawful Delivery of a controlled substance. | 10/07/2009 |
| Special | The defendant was unsuccessfully discharged fom drug treatment. | |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1038

Defendant's Year of Birth: 1984

City and State of Defendant's Residence:
Brookport, IL 62910

06/21/2012
Date of Imposition of Judgment

Signature of Judge

J. Phil Gilbert      District Judge
Name and Title of Judge

June 26, 2012
Date

AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: Quentin C. McDONALD
CASE NUMBER: 4:03CR40021-005-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
| --- | --- | --- |
| Standard # 2 | The defendant failed to submit monthly reports timely | 04/30/2009 |
| Standard # 3 | Defendant failed to submit a job search log as instructed | 09/30/2009 |
| Standard # 5 | The defendant failed to maintain regular employment | |
| Standard # 9 | The defendant associated with a convicted felon without permission | 10/07/2009 |

AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: Quentin C. McDONALD
CASE NUMBER: 4:03CR40021-005-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

12 months

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant spend the last 6 months in a half-way house.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL